**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

IHOR ZELSKYI,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 5:26-cv-103

**ORDER**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Doc. 1. Respondent has filed a Response and a Motion to Dismiss. Docs. 7, 9. The Court cannot determine whether Petitioner is still in the custody of Immigration and Customs Enforcement ("ICE"), as searches using Petitioner's A-number and nationality on the ICE locator and the immigration court websites reveal no results for Petitioner. Thus, the Court **ORDERS** the parties to update the Court on Petitioner's current custodial status and, if Petitioner is still detained, what the statutory basis for his detention is.

**SO ORDERED**, this 5th day of November, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA